February 9, 1993 [NOT FOR PUBLICATION]
 [NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT

 

No. 92-1847

 FRANCO ACEVEDO DIAZ, ET AL.,

 Plaintiffs, Appellees,

 v.

 JOSE E. APONTE DE LA TORRE, ET AL.,

 Defendants, Appellees.

 

 DIANETTE MATOS, ET AL.,

 Plaintiffs, Appellants.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT
 FOR THE DISTRICT OF PUERTO RICO

 [Hon. Justo Arenas, U.S. Magistrate Judge]
 

 

 Before

 Selya, Cyr and Stahl, Circuit Judges.
 

 

 Raul Barrera Morales for appellants.
 
 William Reyes Elias, with whom Cesar R. Miranda Law Office
 
was on brief, for defendants-appellees.

 

 

 Per Curiam. The appellants herein, plaintiffs
 Per Curiam.
 

below, appeal from adverse jury verdicts. We have canvassed the

record, studied the briefs, and entertained oral argument. 

 The evidence was clearly conflicting. And, moreover,

the plaintiffs neither challenged the magistrate judge's jury

instructions nor moved for a new trial after the verdicts were

rendered. Under the circumstances, we need go no further: we

decline to disturb the jury's evaluative judgments, its

resolution of evidentiary conflicts, or its choice among what

were, at the very least, plausible, albeit competing, inferences.

See La Amiga del Pueblo, Inc. v. Robles, 937 F.2d 689, 691 (1st
 

Cir. 1991).

 This appeal, in its present posture, presents no fairly

debatable question for appellate review. We, therefore,

summarily affirm.1 See 1st Cir. Loc. R. 27.1. 
 

Affirmed.
 

 

 1The companion appeals, Nos. 92-1846 and 92-1848,
consolidated for oral argument before us, will be resolved by
separate opinion.